UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-cv-60557-MD

SHAMIKA JOHNSON, and
JOHNNY GEORGES DORVIL,

      Plaintiffs,

v.

CAPS PLANTATION LLC D/B/A
CAPRIOTTI'S SANDWICH SHOP,
CAPS NOBE LLC D/B/A
CAPRIOTTI'S SANDWICH SHOP,
CLAUDIA ROCA,
MARCO ANTONIO ROCA, and
MARCO ANTONIO ROCA, JR.,

      Defendants**.**

_____/

## DEFENDANTS' ANSWER TO COMPLAINT

Defendants, Caps Plantation LLC d/b/a Capriotti's Sandwich Shop, Claudia Roca, Marco

Antonio Roca and Marco Antonio Roca Jr hereby answer the Complaint as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Denied.

7. Denied.

8. Admit.

9. Denied.

10. Denied.

11.     Denied.

12.     Denied.

13.     Admit.

14.     Admit.

15.     Denied.

16.     Denied.

17.     Denied.

18.     Denied.

19.     Admit.

20.     Admit.

21.     Denied.  By way of further answer, Johnson was employed by Caps Planation, not Caps Nobe.

22.     Denied.  By way of further answer, Dorvil was employed by Caps Planation as a Manager, not Caps Nobe.

23.     Denied.  By way of further answer, Johnson was paid a salary. She was paid $60,000 and exempt from the FLSA's requirements as a Manager.

24.     Denied.  By way of further answer, Caps Planation asked Dorvil and Johnson to pick up their last paychecks in the office but they refused.  Caps Plantation subsequently delivered to Dorvil his last paycheck plus any amount he claimed as liquidated damages.

25.     Denied. By way of further answer, Johnson was paid a salary. She was paid $60,000 and exempt from the FLSA's requirements as a Manager.

26.     Denied.  Caps Planation asked Dorvil and Johnson to pick up their last paychecks in the office but they refused.  Caps Plantation subsequently delivered to Dorvil his last paycheck plus any amount he claimed as liquidated damages.

27.     Unknown therefore denied.

28.     Unknown therefore denied.

29.     Unknown therefore denied.

30.     Defendants repeat and reallege paragraphs 1-29 above as if fully set forth herein.

31.     Denied.

32.     Admit that Plaintiffs are seeking damages but deny they are entitled to any damages, attorney's fees, or costs.

WHEREFORE, Defendants Caps Plantation LLC d/b/a Capriotti's Sandwich Shop, Caps Nobe LLC d/b/a Capriotti's Sandwich Shop, Claudia Roca, Marco Antonio Roca and Marco Antonio Roca Jr demand judgment in their favor, plus reasonable attorney's fees and costs.

## AFFIRMATIVE DEFENSES

First Affirmative Defense. Good faith defense.  Defendants' actions were made in good faith and acted in conformity with the FLSA. In fact, Defendants asked Plaintiffs to pick up their last paychecks in the office, but they failed to show up. Shortly thereafter, Plaintiffs sued Defendants.

Second Affirmative Defense. Executive Exemption.  Johnson was General Manager, she performed managerial duties, and therefore she is exempt from the FLSA.

Third Affirmative Defense.  Voluntary Payment.  Defendants already paid Dorvil his alleged unpaid wages.

**JURY TRIAL DEMANDED**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of Defendants' Answer and Affirmative

Defenses have been served via the CM/ECF System this 31st day of March, 2026.

> SOLNICK LAW P.A.
> 3363 NE 163rd Street
> Suite 801
> North Miami Beach, Florida
> Tel: 786-629-6530
> pete@solnicklaw.com
> Counsel for Defendants
>
>
> By: /s/ *Peter J. Solnick*
>         Peter J. Solnick, Esq
>         Fla Bar. 670006